**FILED**

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0274

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. <u>DA-24-0274</u>

MONTANA 406, LLC D/B/A ENGEL
AND VOLKERS MONTANA,

      Plaintiff/Appellee,

vs.

RMC DEVELOPMENT GROUP, LLC,

      Defendant/Appellant.

      UPON review of the *Motion for Second Extension of Time to File Opening Brief* by counsel for the Defendant/Appellant herein and good cause appearing therefor,

      IT IS HEREBY ORDERED that the time to file Appellant's Opening Brief is extended to the 12th day of January, 2025.

      **ELECTRONICALLY SIGNED AND DATED BELOW**

cc:    Karl Knuchel
        Lilia Tyrrell

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 11 2024